**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**TODD K. WHITAKER, on behalf of
himself and on behalf of all others
similarly situated,**

    **Plaintiff,**

v.                                          Case No. :  8:17-cv-00731-EAK-MAP

**BVM THE BRIDGES, LLC,**

    **Defendant.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, TODD K. WHITAKER, pursuant to Federal Rule of Civil Procedure 41(a), hereby voluntarily dismisses this action without prejudice, each side to bear its own fees and costs.

Dated this 16th day of June, 2017.

                                                          Respectfully submitted,

                                                          */s/ Christopher J. Saba*
                                                          **LUIS A. CABASSA**
                                                          Florida Bar Number: 053643
                                                          Direct No.: 813-379-2565
                                                          **CHRISTOPHER J. SABA**
                                                          Florida Bar Number: 092016
                                                          Direct No.: 813-321-4086
                                                          **WENZEL FENTON CABASSA, P.A.**
                                                          1110 North Florida Ave., Suite 300
                                                          Tampa, Florida 33602
                                                          Main No.: 813-224-0431
                                                          Facsimile: 813-229-8712
                                                          Email: lcabassa@wfclaw.com
                                                          Email: csaba@wfclaw.com
                                                          Email: twells@wfclaw.com
                                                          Email: tsoriano@wfclaw.com
                                                          **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of June, 2017, a true and correct copy of the foregoing has been sent via e-mail and U.S. Mail to the following:

Scott M. Bonavita
Bonavita Law Firm, P.A.
13902 North Dale Mabry Highway
Suite 203
Tampa, FL  33618
Email: scott@bonavitalw.com

*/s/ Christopher J. Saba*
**CHRISTOPHER J. SABA**